| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Steven W. Willis<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6171<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kathleen M. Willis<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6205<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  17–14240–ABA | | |

# Order of Discharge                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven W. Willis                                   Kathleen M. Willis

6/13/22                                            **By the court:** Andrew B. Altenburg Jr.
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Steven W. Willis  
Kathleen M. Willis  
    Debtors

Case No. 17-14240-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Steven W. Willis, Kathleen M. Willis, 123 Danton Ln, Mullica Hill, NJ 08062-4738 |
| cr | | ACAR Leasing, Ltd., PO Box 853853, Arlington, TX 76096 |
| cr | + | American Financial Resources, Inc, Stern & Eisenberg, 1581 Main Street, Suite 200, Suite 200 Warrington, PA 18976-3403 |
| cr | + | PROVIDENT FUNDING ASSOCIATES, L.P., Stern & Eisenberg, 1581 Main Street, Suite 200, Suite 200 Warrington, PA 18976-3403 |
| 518701143 | + | ACAR Leasing LTD, John R. Morton, Jr, Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 516681311 | | American Financial Resources Inc, 1235 N Dutton Ave Ste E, Santa Rosa, CA 95401-4666 |
| 516681318 | | DeLong Electric Co., Inc., Bruce W. DeLong, 324 Route 73, Voorhees, NJ 08043-9572 |
| 516681320 | | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 516681327 | + | Paparrone, 702 N White Horse Pike, Stratford, NJ 08084-1194 |
| 516681330 | | State Of New Jersey Division Of Taxatio, PO Box 250, Trenton, NJ 08646-0250 |
| 516818255 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Jun 14 2022 00:43:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: courts@southjerseyfcu.com | Jun 13 2022 20:43:00 | South Jersey Federal Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 516698620 | + | EDI: PHINAMERI.COM | Jun 14 2022 00:43:00 | ACAR Leasing Ltd, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516681310 | | EDI: GMACFS.COM | Jun 14 2022 00:43:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 516681312 | | EDI: TSYS2 | Jun 14 2022 00:43:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 516681313 | + | EDI: TSYS2 | Jun 14 2022 00:43:00 | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 516681314 | | EDI: CITICORP.COM | Jun 14 2022 00:43:00 | Best Buy- CBNA, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 516681315 | + | EDI: CAPITALONE.COM | Jun 14 2022 00:43:00 | Capital One, POB 30253, Salt Lake City, UT 84130-0253 |
| 516681316 | | EDI: CAPITALONE.COM | Jun 14 2022 00:43:00 | Capital One Bank USA NA, PO Box 30281, Salt |

Case 17-14240-ABA   Doc 91   Filed 06/15/22   Entered 06/16/22 00:14:39   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 52 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Lake City, UT 84130-0281 |
| 516681317 | EDI: CAPITALONE.COM | Jun 14 2022 00:43:00 | Capital One/Yamaha, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516906078 | + Email/Text: bankruptcy@cavps.com | Jun 13 2022 20:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516894259 | + EDI: BASSASSOC.COM | Jun 14 2022 00:43:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 516681319 | + EDI: WFNNB.COM | Jun 14 2022 00:43:00 | Fashion Bug-Spirit of America, 1103 Allen Dr., Milford, OH 45150-8763 |
| 516681320 | ^ MEBN | Jun 13 2022 20:42:11 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 516681321 | EDI: PHINAMERI.COM | Jun 14 2022 00:43:00 | GM Financial, PO Box 1181145, Arlington, TX 76096 |
| 516681322 | EDI: PHINAMERI.COM | Jun 14 2022 00:43:00 | GMFinancial, PO Box 1181145, Arlington, TX 76096 |
| 516681323 | EDI: IRS.COM | Jun 14 2022 00:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516915015 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2022 20:47:02 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517230973 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2022 20:47:20 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 516681324 | + Email/Text: bk@lendingclub.com | Jun 13 2022 20:43:00 | Lending Club Corp, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 516681325 | Email/Text: ClaimsHelp@Mohela.com | Jun 13 2022 20:43:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 516826302 | Email/Text: ClaimsHelp@Mohela.com | Jun 13 2022 20:43:00 | US Dept of Education, MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 519337370 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2022 20:43:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, Texas 75261-9741 |
| 519337371 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2022 20:43:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, Texas 75261-9741, Nationstar Mortgage LLC, PO BOX 619096, Dallas, Texas 75261-9741 |
| 516681326 | EDI: NFCU.COM | Jun 14 2022 00:43:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 516921289 | EDI: PRA.COM | Jun 14 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516918474 | EDI: PRA.COM | Jun 14 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 516921271 | EDI: PRA.COM | Jun 14 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516681331 | EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 516681332 | EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCB/JC Penney, POB 965007, Orlando, FL 32896-5007 |
| 516681333 | EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCB/Oreck, PO Box 965036, Orlando, FL 32896-5036 |
| 516681334 | EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCHRONY Bank/HH Gregg, PO Box 960061, Orlando, FL 32896-0061 |
| 516681328 | EDI: CITICORP.COM | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Jun 14 2022 00:43:00 | Sears/CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| 516681329 | + Email/Text: courts@southjerseyfcu.com | Jun 13 2022 20:43:00 | South Jersey FCU, POB 5530, Deptford, NJ 08096-0530 |
| 516683087 | + EDI: RMSC.COM | Jun 14 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516681335 | EDI: AISTMBL.COM | Jun 14 2022 00:43:00 | T-Mobile Customer Relations, POB 37380, Albuquerque, NM 87176-7380 |
| 516681336 | Email/Text: Incoming.bkmail@usbank.com | Jun 13 2022 20:43:00 | US Bank, PO Box 3447, Oshkosh, WI 54903-3447 |
| 516681337 | EDI: WFFC.COM | Jun 14 2022 00:43:00 | Wells Fargo, 4143 121st St, Urbandale, IA 50323-2310 |
| 516681338 | EDI: WFFC.COM | Jun 14 2022 00:43:00 | Wells Fargo Bank NA, POB 5169, Sioux Falls, SD 57117-5169 |
| 516879678 | EDI: WFFC.COM | Jun 14 2022 00:43:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

**Name**           **Email Address**

Alexandra T. Garcia
          on behalf of Creditor WEI Mortgage  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
          on behalf of Creditor LoanCare  LLC as servicer for WEI Mortgage, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Denise E. Carlon
          on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
          ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
          on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeanie D. Wiesner
          on behalf of Joint Debtor Kathleen M. Willis jeanie@sadeklaw.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 52 |

Jeanie D. Wiesner
    on behalf of Debtor Steven W. Willis jeanie@sadeklaw.com

John F Newman
    on behalf of Creditor South Jersey Federal Credit Union courts@southjerseyfcu.com

John M. Kolesnik
    on behalf of Creditor WEI Mortgage  LLC nj.bkecf@fedphe.com

John R. Morton, Jr.
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marisa Myers Cohen
    on behalf of Creditor American Financial Resources  Inc nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor WEI Mortgage  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor LoanCare  LLC as servicer for WEI Mortgage, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Steven P. Kelly
    on behalf of Creditor PROVIDENT FUNDING ASSOCIATES  L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor American Financial Resources  Inc skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17